IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN KNAUER, ET AL., | |
| Plaintiffs, | No. C 09-05387 JSW |
| v. | |
| BAYER CORPORATION, ET AL., | **ORDER GRANTING MOTION TO STAY** |
| Defendants. | |

Now before the Court is Defendant Bayer Corporation's ("Bayer") motion to stay these proceedings pending transfer of this action to the Judicial Panel on Multidistrict Litigation ("MDL") action No. 2100, *In re Yasmin and YAZ (Drospirenone) Marketing, Sales Practices and Products Liability Litigation*. The Court finds the present motion appropriate for decision without oral argument and hereby VACATES the hearing set for January 29, 2010. *See* N.D. Civ. L.R. 7-1(b).

Having considered the parties' pleadings and the relevant legal authority, the Court concludes that a limited stay of these proceedings, pending transfer to the MDL, would further judicial economy and efficiency. Accordingly, the Court hereby GRANTS Bayer's motion to stay. All pending dates and deadlines are hereby vacated.

**IT IS SO ORDERED.**

Dated: January 15, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE